**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Derrick Edmond, et al.
                               Plaintiff,

v.                                       Case No.: 1:17−cv−04858
                                           Honorable Matthew F. Kennelly

The City of Chicago, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 6, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 5/6/2024. Based on the parties' report, the parties have reached a global settlement involving all plaintiffs' claims. The jury trial date of 6/5/2024, pretrial conference set for 5/24/2024, and pretrial order deadline of 5/10/2024 are all vacated. The parties are directed to file a joint status report regarding an update on settlement by 5/20/2024. The case is set for a telephonic status hearing on 5/23/2024 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.