IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK EDMOND, KATHERINE EALY, EDDIE COOPER, JR., VICKI HILL, ROBERT T. LAWS, JR., ANTON GLENN, VERONICA SMITH, DONALD ANDERSON, and DAVID HENRY individually and on behalf of all others similarly-situated,<br><br>      Plaintiffs,<br><br> v.<br><br>THE CITY OF CHICAGO,<br><br>      Defendant. | No. 17 CV 4858 |

**JOINT STATUS REPORT**

The Parties submit this joint status report pursuant to the order issued by the Court on May 6, 2024 (Doc. No. 338).

1. On May 6, 2024, the parties reported that they had reached a tentative settlement of this matter. The proposed settlement would be global in nature and would resolve *Edmond, et al. v. City of Chicago*, 17-CV-4858, in addition to three Water Department "tag-along" cases, including: (1) *Anderson v. City of Chicago*, Case No. 23-CV-5073; (2) *Jones v. City of Chicago*, Case No. 23-CV-5254; and (3) *Mosley v. City of Chicago*, Case No. 23-CV-14727.

2. On the basis of that representation, the Court vacated the previously scheduled June 5, 2024 trial date in *Edmond* (Doc. No. 338).

3. The Court directed the parties to "file a joint status report regarding an update on settlement by 5/20/2024." (*Id.*)

4. On May 20, 2024, shortly after 2:00 pm, Defendant's counsel provided a proposed draft of the settlement agreement to Plaintiffs' counsel. Plaintiffs' counsel have not yet had the chance to review the draft or confer about it, but will work diligently to do so before the Court's status conference on Thursday morning (*See id*).

5. Counsel for the City plans to present the proposed settlement to the City Council during its June 2024 meeting. Defendant's counsel will confer with Plaintiffs' counsel regarding next steps before the proposed settlement is presented to the City Council for approval.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *J. Bryan Wood* | By: /s/ *Richard J. Mrizek* |
| | |
| Victor P. Henderson | Richard J. Mrizek |
| Christopher W. Carmichael | James F. Botana |
| Devlin Joseph Schoop | Anderson C. Franklin |
| Henderson Parks, LLC | Julia S. Wolf |
| 140 S. Dearborn St., Suite 1020 | Jackson Lewis P.C. |
| Chicago, IL 60603 | Special Assistants Corporation Counsel |
| (312) 262-2900 | 150 N. Michigan Ave., Ste. 2500 |
| | Chicago, IL 60601 |
| James Bryan Wood | (312) 787-4949 |
| The Wood Law Office, LLC | |
| 303 W. Madison, Suite 2650 | ***Attorneys for Defendant City of Chicago*** |
| Chicago, IL 60606 | |

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **May 20, 2024**, a copy of the foregoing **Joint Status Report** was filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which also electronically serves a copy upon all attorneys of record in this matter.

By: /s/ *Richard J. Mrizek*