IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK EDMOND, KATHERINE EALY, EDDIE COOPER, JR., VICKI HILL, ROBERT T. LAWS, JR., ANTON GLENN, VERONICA SMITH, DONALD ANDERSON, and DAVID HENRY individually and on behalf of all others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO, <br><br> Defendant. | No. 17 CV 4858 |

**JOINT STATUS REPORT**

The Parties submit this joint status report pursuant to the order issued by the Court on May 23, 2024 (Doc. No. 341).

1. On May 31, 2024, counsel for the City provided an updated draft of the settlement agreement incorporating some revisions discussed by the Parties and offering additional revisions. Counsel for the Plaintiffs are still evaluating the City's updated draft, but Counsel for the Parties believe they will be able to reach agreement on a final draft of the settlement agreement shortly.

2. Counsel for the City has confirmed that the proposed settlement will be presented to the City Council for approval during the meeting scheduled for June 12, 2024.

Respectfully submitted,

By: /s/ *J. Bryan Wood*

Victor P. Henderson
Christopher W. Carmichael
Devlin Joseph Schoop
Henderson Parks, LLC
140 S. Dearborn St., Suite 1020
Chicago, IL 60603
(312) 262-2900

James Bryan Wood
The Wood Law Office, LLC
303 W. Madison, Suite 2650
Chicago, IL 60606

*Attorneys for Plaintiffs*

By: /s/ *Richard J. Mrizek*

Richard J. Mrizek
James F. Botana
Anderson C. Franklin
Julia S. Wolf
Jackson Lewis P.C.
Special Assistants Corporation Counsel
150 N. Michigan Ave., Ste. 2500
Chicago, IL 60601
(312) 787-4949

*Attorneys for Defendant City of Chicago*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **May 31, 2024**, a copy of the foregoing **Joint Status Report** was filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which also electronically serves a copy upon all attorneys of record in this matter.

By: /s/ *Richard J. Mrizek*